IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OLIVER LAMONT JORDAN,**                                   **PLAINTIFF**
**ADC #657892**

V.                  **CASE NO. 4:18-CV-879-JM-BD**

**PULASKI COUNTY REGNIONAL**
**DETENTION FACILITY,** *et al*.                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Jordan's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Jordan's claims against Defendant Pulaski County Regional Detention Facility are DISMISSED, with prejudice. The Clerk is instructed to terminate the Detention Facility as a party Defendant.

IT IS SO ORDERED, this 8th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE