IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OLIVER LAMONT JORDAN,**                                           **PLAINTIFF**
**ADC #657892**

**V.**                  **CASE NO. 4:18-CV-879-JM-BD**

**PULASKI COUNTY DETENTION FACILITY,** *et al.*         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. Mr. Jordan may file objections to this Recommendation if he disagrees with its findings or conclusion. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Jordan may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Oliver Lamont Jordan, formerly an Arkansas Department of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On January 23, 2019, Mr. Jordan was given thirty days to notify the Court of his current address, after mail sent to him from the Court was returned as undeliverable. (#11) The Court specifically cautioned Mr. Jordan that his claims could be dismissed if he failed to comply with the Order. To date, Mr. Jordan has failed to notify the Court of his current address, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Jordan's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 23, 2019 Order and his failure to prosecute this lawsuit.

DATED this 26th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE