IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OLIVER LAMONT JORDAN,**                                                                  **PLAINTIFF**
**ADC #657892**

**V.**                 **CASE NO. 4:18-CV-879-JM-BD**

**PULASKI COUNTY DETENTION FACILITY,** *et al*.           **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Jordan has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Jordan's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's January 23, 2019 Order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 13th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE