IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OLIVER LAMONT JORDAN,**     **PLAINTIFF**
**ADC #657892**

V.     **CASE NO. 4:18-CV-879-JM-BD**

**PULASKI COUNTY DETENTION FACILITY,** *et al*.     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 13th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE